BARTHOLOMEW MOYNAHAN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Reported below, 140 App. Div. 911.
(Argued January 3, 1911; decided January 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 28, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover for services as stenographer in the Supreme Court.

The motion was made upon the ground that the action was one for services, the decision of the Appellate Division unanimous and the appeal frivolous.

*L. Laflin Kellogg* for motion.

*Archibald R. Watson, Corporation Counsel* (*Clarence L. Barber* of counsel), opposed.

Motion denied, with ten dollars costs, because the services were rendered by a public officer under the obligation of official duty.